IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 119-011 |
| | * | |
| ANTHONY R. WILLIAMS | * | |

**O R D E R**

Before the Court is Defendant's Motion to Seal his sentencing memorandum. (Doc. No. 25.) Defendant seeks to seal the sentencing memorandum to protect his medical information, information about his wife, and information about his cooperation. Having reviewed the sentencing memorandum it is my conclusion that Defendant's concerns are overstated.

Upon due consideration, **IT IS HEREBY ORDERED** that Defendant's Motion to Seal (doc. no. 25) is **DENIED**. However, the sentencing memorandum will not be filed at present. Copies of the sentencing memorandum have been provided to the U.S. Attorney, the presiding judge, and the United States Probation Office. Following sentencing, the sentencing memorandum may be appended to the record as an exhibit.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of August, 2019.

UNITED STATES DISTRICT JUDGE